**GOODMAN LAW FIRM, APC**

**Brett B. Goodman** (SBN 260899)
11440 W. Bernardo Ct., Suite 300
San Diego, CA 92127
858.757.7262 Direct
858.757.7270 Facsimile
brett@goodmanlawapc.com

Attorneys for Defendant
Credit Management, LP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA BROWN, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CREDIT MANAGEMENT LP, a Nevada limited partnership; and DOES 1-10, inclusive,<br><br>　　　　　　　　Defendants. | CASE NO.: 2:24-cv-08818-MCS-SK<br><br>**DEFENDANT CREDIT MANAGEMENT, LP'S ANSWER TO PLAINTIFF CHRISTINA BROWN'S COMPLAINT** |

COMES NOW, Defendant Credit Management, LP ("Defendant"), and files this Answer to the complaint of Plaintiff Christina Brown ("Plaintiff"), as follows:

## INTRODUCTION

1. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 1; therefore, Defendant denies the same.

2. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 2; therefore, Defendant denies the same.

3. Defendant admits Plaintiff brings this case against Defendant and other unidentified individuals. Defendant denies it violated any state or federal statute and denies Plaintiff is entitled to any relief or damages.

4. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 4; therefore, Defendant denies the same.

5. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 5; therefore, Defendant denies the same.

## JURISDICTION AND VENUE

6. Defendant denies Paragraph 6

7. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 7; therefore, Defendant denies the same.

8. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 8; therefore, Defendant denies the same.

9. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 9; therefore, Defendant denies the same.

## PARTIES

10. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 10; therefore, Defendant denies the same.

11. Defendant admits it is a Nevada Limited Partnership. Defendant admits it had a headquarters in Texas; Defendant ceased all business operations on October 31, 2024.

GOODMAN LAW FIRM, APC
11440 W. Bernardo Ct, Suite 300
San Diego, CA 92127

12. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 12; therefore, Defendant denies the same.

13. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 13; therefore, Defendant denies the same.

14. Defendant admits as a limited partnership it can only act through its agents or employees acting within the scope of their employment; Defendant denies any of its agents or employees violated any applicable state or federal statute.

## FACTUAL ALLEGATIONS

15. Defendant reincorporates the preceding paragraphs as if fully set out herein.

16. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 16; therefore, Defendant denies the same.

17. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 17; therefore, Defendant denies the same.

18. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 18; therefore, Defendant denies the same.

19. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 19; therefore, Defendant denies the same.

20. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 20; therefore, Defendant denies the same.

21. Defendant admits it received disputes from Plaintiff concerning the account, including documentation.

22. Defendant denies Paragraph 22.

23. Defendant denies Paragraph 23.

24. Defendant denies Paragraph 24.

25. Defendant denies Paragraph 25.

26. Defendant denies Paragraph 26.

27. Defendant denies Paragraph 27.

28. Defendant denies Paragraph 28.

29. Defendant denies Paragraph 29.
30. Defendant denies Paragraph 30.
31. Defendant denies Paragraph 31.
32. Defendant denies Paragraph 32.
33. Defendant denies Paragraph 33.
34. Defendant denies Paragraph 34.
35. Defendant denies Paragraph 35.
36. Defendant denies Paragraph 36.
37. Defendant denies Paragraph 37.
38. Defendant denies Paragraph 38.

## COUNT I

39. Defendant reincorporates the preceding paragraphs as if fully set out herein.
40. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 40; therefore, Defendant denies the same.
41. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 41; therefore, Defendant denies the same.
42. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 42; therefore, Defendant denies the same.
43. Defendant denies Paragraph 43.
44. Defendant denies Paragraph 44.
45. Defendant denies Paragraph 45.

## COUNT II

46. Defendant reincorporates the preceding paragraphs as if fully set out herein.
47. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 47; therefore, Defendant denies the same.
48. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 48; therefore, Defendant denies the same.

/ / /

GOODMAN LAW FIRM, APC
11440 W. Bernardo Ct., Suite 300
San Diego, CA 92127

49. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 49; therefore, Defendant denies the same.

50. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 50; therefore, Defendant denies the same.

51. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 51; therefore, Defendant denies the same.

52. Defendant denies Paragraph 52.

53. Defendant denies Paragraph 53.

54. Defendant denies Paragraph 54.

## COUNT III

55. Defendant reincorporates the preceding paragraphs as if fully set out herein.

56. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 56; therefore, Defendant denies the same.

57. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 57; therefore, Defendant denies the same.

58. Defendant denies Paragraph 58.

59. Defendant denies Paragraph 59.

60. Defendant denies Paragraph 60.

61. Defendant denies Paragraph 61.

## COUNT IV

62. Defendant reincorporates the preceding paragraphs as if fully set out herein.

63. Defendant denies Paragraph 63.

64. Defendant denies Paragraph 64 as an incomplete and/or inaccurate statement of law.

65. Defendant denies Paragraph 65 as an incomplete and/or inaccurate statement of law.

66. Defendant denies Paragraph 66.

67. Defendant denies Paragraph 67.

GOODMAN LAW FIRM, APC
11440 W. Bernardo Ct., Suite 300
San Diego, CA 92127

## PRAYER FOR RELIEF

68. Defendant denies Plaintiff's Prayer for Relief and its subparts, and denies Plaintiff is entitled to any relief or damages.

## TRIAL BY JURY

69. Defendant admits Plaintiff seeks a trial by jury in this matter.

## AFFIRMATIVE DEFENSES

70. Plaintiff's damages, if any, are unduly speculative; were not proximately caused by any act, omission, or breach by Defendant; and Plaintiff has failed to mitigate her alleged damages.

71. Plaintiff's claims are or may be barred because the claimed injuries and damages, if any, were or may have been caused by the conduct of third parties, including but not limited to the prior, intervening, or superseding conduct of third parties.

72. Plaintiff's claim(s) may be subject to an arbitration agreement, and Defendant reserves the right to compel arbitration in this matter.

73. Any violation alleged in the Complaint, if one occurred, was a result of a bona fide error.

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff takes nothing by reason of the Complaint;
2. For its costs of suit herein;
3. For attorney's fees to the extent available by law or contract; and
4. For such other and further relief as this Court may deem just and proper.

Dated: November 12, 2024          **GOODMAN LAW FIRM, APC**

By: _/s/ Brett B. Goodman_
Brett B. Goodman
Attorneys for Defendant
Credit Management, LP

GOODMAN LAW FIRM, APC
11440 W. Bernardo Ct, Suite 300
San Diego, CA 92127

**CERTIFICATE OF SERVICE**

I certify that on November 12, 2024, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, or by mail to any parties that are unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

Dated: November 12, 2024

By:   */s/ Brett B. Goodman*
       Brett B. Goodman

GOODMAN LAW FIRM, APC
11440 W. Bernardo Ct., Suite 300
San Diego, CA 92127

1
CERTIFICATE OF SERVICE