**GOODMAN LAW FIRM, APC**

**Brett B. Goodman** (SBN 260899)
11440 W. Bernardo Ct., Suite 300
San Diego, CA  92127
858.757.7262 Direct
858.757.7270 Facsimile
brett@goodmanlawapc.com

Attorneys for Defendant
Credit Management, LP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA BROWN, an individual,<br><br>                                   Plaintiffs,<br><br>v.<br><br>CREDIT MANAGEMENT LP, a Nevada limited partnership; and DOES 1-10, inclusive,<br><br>                                   Defendants. | CASE NO.:  2:24-cv-08818-MCS-SK<br><br>**DEFENDANT CREDIT MANAGEMENT, LP'S RULE 7.1 AND LOCAL RULE 7.1-1 DISCLOSURE** |

The undersigned, counsel of record for Defendant Credit Management, LP, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Defendant Credit Management, LP, is a wholly owned subsidiary of The CMI Group Limited Partner, LLC and The CMI Group, LLC, which are not publicly traded companies. Defendant Credit Management, LP states that no publicly held corporation owns 10% or more of its stock.

Dated: November 14, 2024              **GOODMAN LAW FIRM, APC**

                                By:  */s/ Brett B. Goodman*
                                     Brett B. Goodman
                                     Attorneys for Defendant
                                     Credit Management, LP

**CERTIFICATE OF SERVICE**

I certify that on November 14, 2024, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, or by mail to any parties that are unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

Dated: November 14, 2024

By: */s/ Brett B. Goodman*
     Brett B. Goodman

GOODMAN LAW FIRM, APC
11440 W. Bernardo Ct., Suite 300
San Diego, CA 92127